TRUST LAW, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2026

ltrust@osbornlawpc.com

APPLICATION GRANTED

Katharine H Parker

Hon. Katharine H. Parker, U.S.M.J.

10/20/2026

October 19, 2026

The Court grants the Plaintiff's request for an extension. Plaintiff's brief shall be due **January 26, 2027**. Defendant's brief shall be due **April 26, 2027**. Any reply shall be due **May 10, 2027**. No further extensions shall be granted.

**VIA ECF**

Honorable Katherine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Gonzalez v. Commissioner of Social Security*
Civil Action No. 1:26-cv-06450-KHP

Dear Judge Parker,

We write on behalf of our client, Lorraine Gonzalez, and with the consent of Defendant, to respectfully request a 90-day extension of time to file Plaintiff's Brief, which is currently due on October 28, 2026 per the Court's Standing Scheduling Order. This is Plaintiff's first request for an extension. The reason for this request is that the undersigned requires additional time due to having numerous briefs and overlapping deadlines in the upcoming weeks.

After conferring with the defendant, the parties have agreed to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file her brief on or before: **January 26, 2027**;

2. Defendant to file its brief on or before: **April 26, 2027**; and

3. Plaintiff to file her reply, if any, on or before: **May 10, 2027**.

43 West 43rd Street, Suite 131
New York, New York 10036

Telephone 212-725-9800
Facsimile 212-500-5115

trustlawpc.com
info@osbornlawpc.com

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust

Lindsay M. Trust
TRUST LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Graham Morrison, Esq. (by ECF)